JOHN F. PITZ, SR., Respondent, *v.* JAMES J. MUNRO, as Receiver for RICHMOND NATIONAL BANK OF NEW YORK, Appellant, Impleaded with Another.

Argued June 3, 1937; decided July 13, 1937.

*William F. McDermott, Noah A. Stancliffe, George T. Barker* and *John L. Farrell* for appellant.

*Bertram F. Bongard* and *Joseph D. Nunan, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion. (See 275 N. Y. 540.)

· Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.